UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:  )   BK No.: 14-34834
JAMES HENRYSON  )
 )   Chapter: 13
 )   Honorable Donald R. Cassling
 )   Kane
Debtor(s)  )

**ORDER EXTENDING THE AUTOMATIC STAY AS TO ALL CREDITORS**

THIS CAUSE coming on to be heard upon the Debtor's MOTION TO EXTEND THE AUTOMATIC STAY AS TO ANY AND ALL CREDITORS, the parties thereto have been duly notified and served pursuant to Federal Rules of Civil Procedure 5(a), Bankruptcy Rules of Procedure 2002(g) and 9013, and Local Rules of the Northern District of Illinois, Eastern Division 7005-1, 9013-3, 9013-4 and 9013-6; the Court having jurisdiction over the parties and the subject matter and being fully advised in the premises:

IT IS HEREBY ORDERED:

1. The presumption that the above captioned cause was not filed in good faith has been successfully rebutted by clear and convincing evidence that there has been a substantial change in the financial or personal affairs of the Debtors such that the instant case will be concluded and successfully performed;

2. The restraining provisions of 11 U.S.C. Section 362(a) operates as a stay, applicable to all entities, effective with the entry of this Order.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: October 24, 2014

**Prepared by:**

James A. Young, ARDC 6217342
Dizon & Young, LLP
524 W. State St., Unit 2
Geneva, IL 60134
PH: (630) 761-5670  FX: (630) 689-1302